**Ashley Yount**

| | |
|---|---|
| **From:** | Mark Adams - Court of Criminal Appeals <mark.adams@cca.courts.state.tx.us> |
| **Sent:** | Wednesday, August 21, 2013 9:02 AM |
| **To:** | coa12notices |
| **Subject:** | Notice from Court of Criminal Appeals |

Wednesday, August 21, 2013
Re: Case No. PD-0700-13
COA#: 12-11-00250-CR, TC# 29995
STYLE: LOMAX, MICHAEL ODELL

On this day, the Appellant's petition for discretionary review has been refused.
Abel Acosta, Clerk

FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 2 6 2013

TYLER TEXAS
CATHY S. LUSK, CLERK